AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

MAR 2 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 08 CR |
| JUAN ANTONIO PICASSO-HERNANDEZ | CASE NUMBER: 08 CR 0811-LAB |

I, <u>JUAN ANTONIO PICASSO-HERNANDEZ</u>, the above named defendant, who is accused of committing the following offense:

    Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/20/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Juan Picasso Hernandez*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
    JUDICIAL OFFICER